In the Matter of the Accounting of NEW YORK TRUST COMPANY, as Trustee under the Will of CAROLINE B. MONTANT, Deceased, Respondent. ALICE A. MONTANT et al., Appellants.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the fund. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 821.]